# UNITED STATES DISTRICT COURT
for the
Southern District Of Alabama

USMS
9369008
1603-0324-0944-D
13558-003

United States of America

v.

Harvey Eugene Collier III

*Defendant*

Case No.  1128 1:13CR00219-003

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Harvey Eugene Collier

who is accused of an offense or violation based on the following document filed with the court:

- [ ] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [x] Supervised Release Violation Petition
- [ ] Violation Notice
- [ ] Order of the Court
- [ ] Probation Violation Petition

This offense is briefly described as follows:
Special: The defendant shall participate in a program for drug treatment.

Date: March 23, 2016

City and state:   Mobile, Alabama

CHARLES R. DIARD, JR., CLERK
*Printed name and title*

*Tina Wood*
*Issuing officer's signature*

### Return

This warrant was received on *(date)* 3/23/16, and the person was arrested on *(date)* 4/19/16
at *(city and state)* IRVINGTON, ALABAMA

Date: 4/20/16

*Arresting officer's signature*

LYBRAND, Jim CRIMINAL PROGRAM SPECIALIST
*Printed name and title*

PACTS ID 314584