AO 442-ALS (Rev 4/12) Arrest Warrant   Case 1:13-cr-00219-KD-C   Document 260   Filed 07/13/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Southern District Of Alabama

USMS
9369008
1603-0714-2080-D
13558-003

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No.  1128 1:13CR00219-003 |
| | ) | |
| Harvey Eugene Collier | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Harvey Eugene Collier _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court   ☐ Probation Violation Petition

This offense is briefly described as follows:

Standard Condition #6 and Special Condition, Left Residential Re-entry Center without permission.

Date:  July 13, 2016

City and state:   Mobile, Alabama

CHARLES R. DIARD, JR., CLERK
*Printed name and title*

*Tina Wood*
*Issuing officer's signature*

### Return

This warrant was received on *(date)*  7-13-16 , and the person was arrested on *(date)*  7-22-16
at *(city and state)*  MOBILE, ALABAMA .

Date:  7-25-16

*Arresting officer's signature*
LYBRAND, Jn. CRIMINAL PROGRAM SPECIALIST
*Printed name and title*

PACTS ID 314584