# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**HARVEY EUGENE COLLIER, III**<br>a/k/a Harvey Eugene Collier, Jr. | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER: **1:13-00219-003**<br>USM NUMBER: 13558-003 |
| **THE DEFENDANT:** |    Dennis J. Knizley<br>**Defendant's Attorney** |

(x) admitted guilt to violation of supervision condition(s):   Special and Standard Conditions
( ) was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Special Condition | Technical | |
| Standard Condition #6 | Technical | |

     **The defendant is sentenced as provided in page 2 of this judgment.   The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

                                                August 4, 2016
                                                Date of Imposition of Judgment

                                                s/Kristi K. DuBose
                                                UNITED STATES DISTRICT JUDGE

                                                August 5, 2016
                                                Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **Harvey Eugene Collier, III a/k/a Harvey Eugene Collier, Jr.**
Case Number: 1:13-00219-003

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of  **FOURTEEN (14) MONTHS.   NO SUPERVISED RELEASE TERM TO FOLLOW.**

( )  The court makes the following recommendations to the Bureau of Prisons:

(X)  The defendant is remanded to the custody of the United States Marshal.

( )  The defendant shall surrender to the United States Marshal for this district:

  ( )  at _____ .m. on _____ .
  ( )  as notified by the United States Marshal.

( )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ( )  before 2 p.m. on _____ .
  ( )  as notified by the United States Marshal.
  ( )  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to
at _____
with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal